JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARREHBORI FAMILY, LLC, et al.,

               Plaintiffs,

     v.

GEORGE WASHINGTON LENDING, INC., et al.,

               Defendants.

Case No.  CV 17-6619-GW(AFMx)

**ORDER TO DISMISS WITHOUT PREJUDICE**

     Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

     IT IS SO ORDERED.

Dated: October 30, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE